IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01360-KAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALL FUNDS HELD IN MERRILL LYNCH ACCOUNT #85A-83997,
ALL FUNDS HELD IN MERRILL LYNCH ACCOUNT #85A-15733,
$18,086.23 SEIZED FROM BANK OF THE WEST ACCOUNT #40936981, and
ALL FUNDS UP TO $840,347.10 HELD IN MERRILL LYNCH ACCOUNT #85A-15623,

    Defendants.

## UNOPPOSED MOTION TO DISMISS CASE WITH PREJUDICE

    COMES NOW the United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, pursuant to Fed. R. Civ. P. 41(a)(2), and respectfully requests that the Court dismiss this action with prejudice.

    Pursuant to D.C.COLO.LCivR 7.1(a), the United States conferred with Claimant Weiss' counsel regarding the relief requested herein. This motion is unopposed.

**Background**

    On May 13, 2020, pursuant to 21 U.S.C. § 881(a)(6), 18 U.S.C. §§ 981(a)(1)(A) and (C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a *Verified Complaint for Forfeiture In Rem* seeking forfeiture of the defendant assets. (Doc. 1.) On July 9, 2020, Claimant Howard Weiss filed an Answer. (Doc. 7.)

1

There was a related criminal case. In that case, a Change of Plea Hearing was held on March 8, 2023. (Doc. 74 filed in 21-cr-00233-DDD.) During the Change of Plea Hearing, Judge Domenico received the Plea Agreement (Doc. 75 filed in 21-cr-00233-DDD), which included a section regarding forfeiture in which Claimant Weiss agreed to forfeit $826,083.24 of the defendant funds to the United States either through the criminal case or the instant civil case (Doc. 75 filed in 21-cr-00233-DDD at 7-8.) On June 6, 2023, Claimant Weiss was sentenced in the related criminal case. (Doc. 83 filed in 21-cr-00233-DDD.) At the Sentencing Hearing, Judge Domenico accepted the Plea Agreement, granted the United States' Motion for a Preliminary Order of Forfeiture for a Forfeiture Money Judgment and Substitute Assets, and sentenced Claimant Weiss in accordance with the Plea Agreement. (Doc. 83 filed in 21-cr-00233-DDD at 2.)

As part of the agreement reached by Claimant Weiss and the United States, the United States agreed to dismiss with prejudice this related civil forfeiture action upon completion of the agreed forfeiture in the criminal case. (Doc. 75 filed in 21-cr-00233-DDD at 8.)

Pursuant to the Preliminary Order of Forfeiture for a Personal Money Judgment and Substitute Assets and the Judgment entered in the related criminal case, Claimant Weiss's interest in the following amounts was forfeited to the United States in the related criminal case: (a) $18,086.23 from Bank of the West account ending in 6981, (b) $193,000.00 from Merrill Lynch account ending in 5733, and (c) $614,997.01 from Merrill Lynch account ending in 5623. (Doc. 84 filed in 21-cr-00233-DDD at 2, Doc. 85 filed in 21-cr-00233-DDD at 27.)

On July 11, 2023, the United States filed a motion seeking a Final Order of Forfeiture as to the assets to be forfeited, which was granted on January 12, 2024. (Docs. 89 & 97 filed in 21-cr-00233-DDD). The Final Order of Forfeiture vests in the United States clear legal title to the assets to be forfeited. Accordingly, the forfeiture agreed to by Claimant Weiss and the United States has been completed in the related criminal case.

## Analysis

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may dismiss an action "on terms the [C]ourt considers proper." In this case, the parties have reached a resolution of the issues in dispute regarding the defendant assets through the criminal case. While Claimant Weiss filed an Answer, he did not assert any counterclaims that need to be adjudicated in this action. Further, the Preliminary Order of Forfeiture and Final Order of Forfeiture entered by Judge Domenico in the related criminal case give effect to the resolution the parties agreed to in the Plea Agreement entered in the related criminal case.

## Conclusion

Given that the agreed forfeiture has been completed through the related criminal case, the United States respectfully requests that this Court dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

DATED this 16th day of January 2024.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: /s/ *Elizabeth Young*
Elizabeth Young
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*

4

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

*s/ Sheri Gidan*
FSA Paralegal
U.S. Attorney's Office

5